**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD SILVA, | ) | CASE NO. CV10-08759-AHM (PJWx) |
| Plaintiff, | ) ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) ) | |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

The Court having been advised by the parties that the above-entitled action
has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without
prejudice to the right, upon good cause shown before June 6, 2011, to request a
status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: April 27, 2011

_____
A. Howard Matz
United States District Court Judge

**JS-6**